341 F.2d 298
 LIFE-LIKE PRODUCTS, INC., Appellant,
v.
SILBY-DOLCOURT CHEMICAL INDUSTRIES, INC., Appellee.
 No. 21652.
 United States Court of Appeals Fifth Circuit.
 Feb. 16, 1965.
 
 Albert J. Kramer, Washington, D.C., Thomas B. DeWolf and Helliwell, Melrose & DeWolf, Miami, Fla., for appellant.
 John Cyril Malloy, Miami, Fla., for appellee.
 Before TUTTLE, Chief Judge, RIVES, Circuit Judge, and McRAE, District judge.
 PER CURIAM:
 
 
 1
 The judgment is affirmed on the findings and conclusions of the trial court.